# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 12, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161639

JERMEY GOOD,
      Plaintiff-Appellant,

v

PIONEER STATE MUTUAL INSURANCE
COMPANY,
      Defendant-Appellee.

SC: 161639
COA: 345564
Oakland CC: 2016-155301-NF

_____/

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2021



Clerk